OPINION — AG — ** AGRICULTURE DEPARTMENT — FEES — ADMINISTRATIVE PROCEDURES ACT ** 2 O.S. 2-17 [2-2-17](A) DOES 'NOT' AUTHORIZE THE DEPARTMENT OF AGRICULTURE TO INCREASE THE AMOUNT OF EES THAT ARE SPECIFICALLY SET BY OTHER STATUTES. CITE: 2 O.S. 3-20 [2-3-20], 2 O.S. 3-184 [2-3-184] (FEES CHARGED BY STATE AGENCY, EXCEEDED STATUTORY LIMITS) (DANIEL J. GAMINO)